

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　v.<br><br>　　　　Defendant. | ED 10 MJ 1873<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A) ─(─)　the appearance of defendant as required; and/or

　　(B) 　( )　the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he can abide by court order
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 8/2/10

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2